BEFORE THE SECOND DIVISION, JUNE 8, 1966

**No. P66/86.**—National Silver Co. *v.* United States, protest 62/17672 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric vacuum brushes similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiff was sustained.

**No. P66/87.**—Biddle Purchasing Co. et al. *v.* United States, protests 59/24912, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hose nozzles similar in all material respects to those the subject of *United States* v. *Lipman's* (52 CCPA 59, C.A.D. 859), the claim of the plaintiffs was sustained.

**No. P66/88.**—The Electra Spark Co. and Alltransport Corp. et al. *v.* United States, protests 60/30312, etc. (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs, not dedicated to use in automobiles or any other vehicle or machine, similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

**No. P66/89.**—Victor England Agencies, Inc., and Arthur J. Fritz & Co. *v.* United States, protest 61/8964 (Los Angeles).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.